**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES for the use and benefit of GEM PLUMBING & HEATING CO., INC., Plaintiff** | : | |
| **vs.** | : | **C.A. No. 06-24T** |
| **M.A. MORTENSON COMPANY and CHUBB GROUP OF INSURANCE COMPANIES, Defendants** | : | |

**LIMITED ENTRY OF APPEARANCE**
**FOR THE PURPOSE OF APPLYING FOR A STAY IN THE PENDING ACTION**

Now comes Joseph J. Reale, Jr., counsel for the Defendant, M.A. Mortenson Company (Mortenson) and Chubb Group of Insurance Companies and enters a limited appearance for the purpose of a Motion to Stay the Proceedings.

Mortenson specifically reserves its right to file a substantive response to the pending action and reserves all affirmative defenses it may have to the substantive issues of the Plaintiff's claims, as well as jurisdictional issues.

M.A. Mortenson Company
By its attorney,

Joseph J. Reale, Jr. #3158
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

Dated: May 4, 2006

**CERTIFICATION**

To:
Nicholas J. Gorra, Esq.
Gordon, Muir & Foley
10 Columbus Boulevard
Hartford, CT 06106

Everett A. Petronio, Sr., Esq.
1239 Hartford Avenue
Post Office Box 19040
Johnston, RI 02919

I hereby certify I caused to be served on the above-named counsel of record a true copy of the Limited Entry of Appearance on May 4, 2006.

Marianne C. Martin