GORDON, MUIR AND FOLEY, LLP
*Attorneys at Law*

P.O. BOX 1167
OLD SAYBROOK, CONNECTICUT 06475
TELEPHONE (860) 388-6173
FAX (860) 388-6865

(860) [redacted] 388-4665

NICHOLAS J. GORRA
E-Mail: ngorra@gmflaw.com

June 9, 2005

RECEIVED
JUN 15 2005
M.A. Mortenson

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Craig Southorn
M.A. Mortenson Company
700 Meadow Lane North
Minneapolis, MN 55422

Re: Bond No.: 00081828598
Principal: M.A. Mortenson Company
Obligee: USA Department of the Navy;
1. Building 347;
2. Building 360; and
3. Building 36. ("Projects")

Dear Mr. Southorn:

As you know, the undersigned Gem Mechanical Services, Inc. ("GEM") took over a contract between M. A. Mortenson ("Mortenson") and North East Mechanical Services, Inc. for the supply of mechanical services furnished in regard to the above referenced Projects.

Mortenson is now indebted to GEM for outstanding requisitions on the above referenced Projects in the amount of $354,494.83 .

**EXHIBIT D**

GMF

Please accept this as notice of a claim on any and all payment bonds for the above referenced projects. Moreover, Mortenson has an obligation under the Miller Act (40 U.S.A. 270a) to pay all sums justly due to GEM.

Very truly yours,

Nicholas J. Gorra
Gordon, Muir & Foley, LLP

NJG:mm
cc: The United States Navy
Chubb Group of Insurance Companies

SENT BY
**CERTIFIED MAIL 7002 3150 0005 5676 1457**