FILED

MAY 18 '06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES for the use and benefit of
GEM PLUMBING & HEATING CO., INC.
Plaintiff
v.
M.A. MORTENSON COMPANY and CHUB
GROUP OF INSURANCE COMPANIES
Defendants

C.A. No. 06-24T

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Defendant, M.A. MORTENSON COMPANY, hereby moves that James J. Hartnett, IV be admitted **PRO HAC VICE** in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which ______________________ counsel specializes: ______________________________ ____________.

- James Hartnett, counsel's long-standing representation of the client: M.A. MORTENSON COMPANY ____________ ___.

- The local trial bar lacks experience in the field of: ______________________________ ____________.

- The case involves complex legal questions under the law of a foreign jurisdiction with which ______________ counsel is familiar, specifically ______________________________ ____.

- The case requires extensive discovery in a foreign jurisdiction convenient to ______________________ counsel, as

follows: ______________________________________ ________.

- It is a criminal case, and ________________ counsel is defendant's counsel of choice.

- Other: ______________________________________ ________.

Defendant, M.A. MORTENSON COMPANY

By: ______________________________

Joseph J. Reale, Jr. - #3158
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

Dated: May 17, 2006

## CERTIFICATION

To:
Nicholas J. Gorra, Esq.
Gordon, Muir & Foley
10 Columbus Boulevard
Hartford, CT 06106

Everett A. Petronio, Sr., Esq.
1239 Hartford Avenue
Post Office Box 19040
Johnston, RI 02919

I hereby certify I caused to be served on the above-named counsel of record a true copy of the within Motion for Entry of Appearance Pro Hac Vice on May 17, 2006.

Marianne C. Martin
______________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

MAY 18 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES for the use and benefit of
GEM PLUMBING & HEATING CO., INC.
Plaintiff
v.
M.A. MORTENSON COMPANY and CHUBB
GROUP OF INSURANCE COMPANIES
Defendants

C.A. No. 06-24T

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Minnesota, New York and New Jersey and the United States District Court for the District of Minnesota, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided.)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

M2:20794861.01

I certify I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of Joseph J. Reale, Jr. local associate counsel.

James J. Hartnett, IV
Name

Signature

Subscribed and sworn to before me
this 15th day of May, 2006.

Notary Public

238624
MN Bar ID#

Faegre & Benson, LLP
Firm Name

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Business Address

(612) 766-7000 (612) 766-1600
Tel. # Fax #

Joseph J. Reale, Jr.
Local Associate Counsel

3158
R.I. Bar ID#

Joseph J. Reale, Jr., Ltd.
Firm Name

30 Kennedy Plaza
Suite 400
Proidence, RI 02903
Business Address

(401) 453-9900 (401) 453-9917
Tel. # Fax #

MELVINA M. RAMIREZ
Notary Public
Minnesota

**Order**: This motion is hereby Granted.

Ernest C Torres / D
U.S. District Judge
Date: 6/5/06

**CERTIFICATION**

To:
Nicholas J. Gorra, Esq.
Gordon, Muir & Foley
10 Columbus Boulevard
Hartford, CT 06106

Everett A. Petronio, Sr., Esq.
1239 Hartford Avenue
Post Office Box 19040
Johnston, RI 02919

I hereby certify I caused to be served on the above-named counsel of record a true copy of the within Pro Hac Vice Attorney Certificate on May 17, 2006.

Marianne C. Martin