RECEIVED
JUL 27 2006
Property of U.S. District Court
District of Rhode Island

RECEIVED
JUL 27 2006
U.S. District Court
District of Rhode Island

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES for the use and benefit of **GEM PLUMBING & HEATING CO., INC.** *Plaintiff* | CIVIL ACTION NO. |
| VS. | C.A. 06-24T |
| **M.A. MORTENSON COMPANY** *Defendant* **CHUBB GROUP OF INSURANCE COMPANIES** *Defendant* | JANUARY 3, 2006 |

## ORDER

Said cause came on to be heard before Mr. Justice Torres on the Motion of the Defendant to stay proceedings in this matter and after hearing it is hereby:

## ORDERED, ADJUDGED AND DECREED

The above-entitled matter may be dismissed without prejudice.

ENTERED AS AN ORDER of this Honorable Court on the 2nd day of August 2006.

ENTER:

_____
Ernest C. Torres, Chief Judge
UNITED STATES DISTRICT COURT

PER ORDER:

_____
CLERK

ORDER PRESENTED BY:
LAW OFFICES OF EVERETT A. PETRONIO, INC.

_/s/ Everett A. Petronio_

Everett A. Petronio, Sr., Esq. (#0172)
Counsel for the Plaintiff,
Gem Plumbing & Heating Co., Inc.
1239 Hartford Avenue
Post Office Box 19040
Johnston, RI 02919
(401) 273-8800 - (401) 273-1907 Fax

### CERTIFICATION

I, the undersigned, do hereby certify that on the 25th day of July 2006, I caused a true and accurate copy of the foregoing to be mailed to the following:

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Stephen J. Brouillard, Esq.
Orson & Brusini, Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903

Nicholas J. Gorra, Esq.
Gordon, Muir and Foley, LLP
P.O. Box 1167
Old Saybrook, CT 06475

_/s/ Denise A. Medici_