RECEIVED
JUL 27 2006
Property of U.S. District Court
District of Rhode Island

RECEIVED
JUL 27 2006
U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES for the use and benefit of GEM PLUMBING & HEATING CO., INC.** *Plaintiff* | : | **CIVIL ACTION NO.** |
| | : | **C.A. 06-24T** |
| **VS.** | : | |
| **M.A. MORTENSON COMPANY** *Defendant* | : | **JANUARY 3, 2006** |
| **CHUBB GROUP OF INSURANCE COMPANIES** *Defendant* | : | |

**ORDER**

Said cause came on to be heard before Mr. Justice Torres on the Motion of the Defendant to stay proceedings in this matter and after hearing it is hereby:

**ORDERED, ADJUDGED AND DECREED**

The above-entitled matter may be dismissed without prejudice.

**ENTERED AS AN ORDER** of this Honorable Court on the 2nd day of August 2006.

**ENTER:**

Ernest C. Torres

**Ernest C. Torres, Chief Judge**
**UNITED STATES DISTRICT COURT**

**PER ORDER:**

**CLERK**

**ORDER PRESENTED BY:**
**LAW OFFICES OF EVERETT A. PETRONIO, INC.**

**Everett A. Petronio, Sr., Esq. (#0172)**
**Counsel for the Plaintiff,**
**Gem Plumbing & Heating Co., Inc.**
**1239 Hartford Avenue**
**Post Office Box 19040**
**Johnston, RI 02919**
**(401) 273-8800 - (401) 273-1907 Fax**

**CERTIFICATION**

I, the undersigned, do hereby certify that on the 25th day of July 2006, I caused a true and accurate copy of the foregoing to be mailed to the following:

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Stephen J. Brouillard, Esq.
Orson & Brusini, Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903

Nicholas J. Gorra, Esq.
Gordon, Muir and Foley, LLP
P.O. Box 1167
Old Saybrook, CT 06475