UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES for the use and benefit
of GEM PLUMBING & HEATING CO., INC.

   v.            C.A. No. 06-24T

M.A. MORTENSON COMPANY, ET AL.


UNITED STATES for the use and benefit
of GEM PLUMBING & HEATING CO., INC.

   v.            C.A. No. 06-226T

M.A. MORTENSON COMPANY, ET AL.

### ORDER STAYING CASE

  For reasons stated in open court on July 14, 2006, and by the stipulation of all parties, C.A. 06-24T is hereby dismissed without prejudice.

  All proceedings in C.A. 06-226T are hereby stayed for a period of three (3) months or until the Unites States District Court for the District of Minnesota rules on the pending motion to compel arbitration, whichever occurs first.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge
Date: 8/3/06