**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES for the use and benefit
of GEM PLUMBING & HEATING CO., INC.

v. C.A. No. 06-24T

M.A. MORTENSON COMPANY, ET AL.

UNITED STATES for the use and benefit
of GEM PLUMBING & HEATING CO., INC.

v. C.A. No. 06-226T

M.A. MORTENSON COMPANY, ET AL.

**ORDER STAYING CASE**

For reasons stated in open court on July 14, 2006, and by the stipulation of all parties, C.A. 06-24T is hereby dismissed without prejudice.

All proceedings in C.A. 06-226T are hereby stayed for a period of three (3) months or until the Unites States District Court for the District of Minnesota rules on the pending motion to compel arbitration, whichever occurs first.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 8/3/06