UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES for the use and benefit of GEM PLUMBING & HEATING CO., INC. Plaintiff, | ) | |
| vs. | ) | C.A. No.: 06-024T |
| M.A. MORTENSON COMPANY and CHUBB GROUP OF INSURANCE COMPANIES Defendants. | ) | |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate that this action will be dismissed with prejudice, no interest, and no costs.

UNITED STATES for the use and benefit of GEM PLUMBING & HEATING CO., INC.,

By Its Attorney,

/s/ John E. Bulman
John E. Bulman (#3147)
Little, Medeiros, Kinder,
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555
jbulman@lmkbw.com

M.A. MORTENSON COMPANY, and CHUBB GROUP OF INSURANCE COMPANIES,

By Their Attorney,

/s/ Joseph J. Reale, Jr.
Joseph J. Reale, Jr. (#3158)
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917
reale@conversent.net

Dated: February 2, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2007, I caused a true copy of the within Stipulation of Dismissal to be filed electronically with the Court and sent by first-class Mail to the following:

Joseph J. Reale, Jr.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

/s/ John E. Bulman

f:\mdw\gem mechanical\mortensen\stipulation of dismissal for 06-024t.doc